IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHRISTINA MARY REYNOLDS | : | CIVIL ACTION |
| *on behalf of herself and all others* | : | |
| *similarly situated* | : | No. 19-2184 |
| | : | |
| v. | : | |
| | : | |
| CHESAPEAKE & DELAWARE | : | |
| BREWING HOLDINGS, LLC, et al. | : | |

## **ORDER**

AND NOW, this 19th day of May, 2020, upon consideration of Plaintiff Christina Mary Reynolds's Motion to Certify Class Pursuant to Federal Rule of Civil Procedure 23 and Motion to Conditionally Certify Collective Class Pursuant to 29 U.S.C. § 216(b), and the parties' briefing on the Motions, and for the reasons stated in the accompanying Memorandum, it is ORDERED:

1. Reynolds's Motion to Certify Class (Document 22) is DENIED.

2. Reynolds's Motion to Conditionally Certify Collective Class (Document 23) is GRANTED. For Count I of the Amended Complaint, a collective action is CONDITIONALLY CERTIFIED and defined as:

   > All servers who have worked for Chesapeake & Delaware Brewing Holdings, LLC and Iron Hill Brewery, LLC at any one or more Iron Hill Brewery & Restaurant locations at any point from May 20, 2016, through the present.

It is further ORDERED the parties shall be prepared to discuss notice, dissemination, and identification of potential members of the collective action at the teleconference scheduled for May 20, 2020, at 9:30 a.m.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, C.J.