IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHRISTINA MARY REYNOLDS | : | CIVIL ACTION |
| *on behalf of herself and all others* | : | |
| *similarly situated* | : | No. 19-2184 |
| | : | |
| v. | : | |
| | : | |
| CHESAPEAKE & DELAWARE | : | |
| BREWING HOLDINGS, LLC, et al. | : | |

## **ORDER**

AND NOW, this 30th day of October, 2020, upon consideration of Plaintiff Christina Mary Reynolds's Motion for Reconsideration, Defendants' response, and Reynolds's reply, and for the reasons stated in the accompanying Memorandum, it is ORDERED the Motion (Document 48) is DENIED.

It is further ORDERED Reynolds's Motion for Leave to File a Reply is GRANTED. Reynolds's Reply in Further Support of Motion for Reconsideration (Document 50-1) shall be deemed filed.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, C.J.