IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTINA MARY REYNOLDS, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CHESAPEAKE & DELAWARE BREWING HOLDINGS, LLC; CHESAPEAKE & DELAWARE BREWING PENNSYLVANIA HOLDINGS, LLC; IRON HILL BREWERY, LLC;  KEVIN FINN, MARK EDELSON, KEVIN DAVIES, and DOE DEFENDANTS 1-10.<br><br>Defendants. | Civil Action No.: 2:19-cv-02184-JS |

**JOINT MOTION TO APPROVE COLLECTIVE SETTLEMENT AGREEMENT**

Plaintiff Christina Mary Reynolds ("Plaintiff"), on behalf of herself and the FLSA Class, and Chesapeake & Delaware Brewing Holdings, LLC, Chesapeake & Delaware Brewing Pennsylvania Holdings, LLC; Iron Hill Brewery, LLC; (collectively, "Defendants" and together with Plaintiff, the "Parties") respectfully requests that the Court enter an Order, *inter alia*: (i) granting final approval of the collective action settlement; (ii) certifying the Settlement Class; and (iii) such further and other relief as this Court deems just and proper. The Parties are submitting a proposed Final Approval Order attached hereto and incorporated herein.  In further support of this Motion, Plaintiff is contemporaneously filing the following:

  (1) Memorandum in Support of Joint Motion to Approve Collective Settlement Agreement;

  (2) Joint Stipulation of Settlement and Release Agreement, and exhibits thereto;

(3)     Declaration of Gerald D. Wells, III in Support of Joint Motion for Approval of Collective Action Settlement; and

(4)     Declaration of Neil Salmon.

Dated: July 26, 2021                     Respectfully submitted,

**CONNOLLY WELLS & GRAY, LLP**

By: */s/ Gerald D. Wells, III*
     Gerald D. Wells, III
Robert J. Gray
101 Lindenwood Drive, Suite 225
Malvern, PA 19355
Telephone: 610-822-3700
Facsimile: 610-822-3800
Email: gwells@cwglaw.com
        rgray@cwglaw.com

**CARLSON LYNCH, LLP**
Gary F. Lynch
Edward W. Ciolko
Matthew D. Brady
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
Telephone: (412) 322-9243
Facsimile: (412) 231-0246
Email: glynch@carlsonlynch.com
        eciolko@carlsonlynch.com
        mbrady@carlsonlynch.com

*Counsel for Plaintiff and the
FLSA Collective Class*