IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHRISTINA MARY REYNOLDS, on behalf of herself and all others similarly situated | : : : : | CIVIL ACTION<br><br>NO. 19-2184 |
| v. | : : | |
| CHESAPEAKE & DELAWARE BREWING HOLDINGS, LLC, et. al. | : : | |

## **ORDER**

AND NOW, this 22nd day of January, 2024, upon consideration of the Joint Letter Request of the Parties for court approval of a *cy pres* recipient for residual amounts from unclaimed funds after full distribution of the settlement proceeds from this FLSA action, and the Court finding good cause, it is hereby ORDERED the Parties' Joint Request is GRANTED and Philabundance is APPROVED AND APPOINTED as the *cy pres* recipient for the unclaimed funds arising out of the settlement of this action.

BY THE COURT:

/s/ Juan R. Sánchez
_____
Juan R. Sánchez,    C.J.